RUTH CORNELL, Appellant, v. J. J. NEWBERRY Co., Respondent.— Motion for leave to appeal as a poor person and to take such appeal on typewritten record, denied. Rhodes, McNamee, Crapser and Bliss, JJ., concur; Hill, P. J., dissents.

In the Matter of the Claim of ISABELLE KANE, Respondent, against MORSE DRY DOCK & REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of HUDSON-HARLEM VALLEY TITLE & MORTGAGE COMPANY, Petitioner, for a Mandamus Order against WILLIAM R. WHITE, Superintendent of Banks of the State of New York, and TITLE GUARANTEE AND TRUST COMPANY (Impleaded Defendant), Respondents.— Motion by defendant Title Guarantee and Trust Company for reargument or for leave to appeal to the Court of Appeals denied. Motion by petitioner Hudson-Harlem Valley Title & Mortgage Company for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JAMES A. McGRAW, Appellant, v. GEORGE SELKIS, HELEN SELKIS, Respondents, and IRVING J. McGRAW, CONGRESS GAS & OIL Co., INC., and SIBLEY-McGRAW CHEVROLET, INC., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.